UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:10-CR-43-1-F

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | O R D E R |
| | ) | |
| GARY LEE TIDD | ) | |

Upon motion of the United States of America, by and through the United States Attorney for the Eastern District of North Carolina, it is hereby ORDERED that all court records pertaining to GARY LEE TIDD, JR. be changed to reflect the proper identification of the defendant as GARY LEE TIDD.

This the 1st day of Sept., 2010.

*James C. Fox*
JAMES C. FOX
SENIOR UNITED STATES DISTRICT JUDGE