IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:10-CR-00043-F-1
No. 7:12-CV-00106-F

| | |
|---|---|
| GARY LEE TIDD,<br>          Petitioner | )<br>)<br>) |
| v. | )    O R D E R<br>) |
| UNITED STATES OF AMERICA,<br>          Respondent. | )<br>) |

This matter is before the court on Gary Lee Tidd's letter motion [DE-308] addressed to the undersigned. In his letter motion, Tidd requests help getting his sentencing hearing transcript and evidentiary hearing transcript from his appointed counsel Geoffrey W. Hosford. Tidd explains that he needs the transcripts to file a timely notice of appeal of the court's May 5, 2015 Order [DE-305].

A review of the court's official docket sheet reveals that the two transcripts Tidd is seeking have not been prepared and filed with the court by the court's official court reporter. Moreover, all of the information Tidd needs to file a timely notice of appeal can be found in this court's May 5, 2015 Order [DE-305]. For example, all of the testimony provided during the April 21, 2015 evidentiary hearing was summarized. Further, Tidd only raised two issues in his § 2255 motion and both issues were addressed at length in the order. Accordingly, Tidd's letter motion [DE-308] is DENIED. To the extent Tidd still believes the two transcripts are necessary, the Clerk is DIRECTED to provide Tidd with information on how he might obtain a copy of his sentencing hearing transcript and evidentiary hearing transcript.

SO ORDERED.

This, the __19__ day of June, 2015

                                                  James C. Fox
                                                  Senior United States District Judge