IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:10-CR-43-F-1

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | **ORDER** |
| | ) | **(SEALED)** |
| GARY LEE TIDD | ) | |

This matter is before the court on the defendant's motion to seal [DE-321]. For good cause shown, the motion is ALLOWED. The Clerk of Court is DIRECTED to file and to maintain under seal the document [DE-320].

SO ORDERED.

This, the 22' day of July, 2015.

_____
JAMES C. FOX
Senior United States District Judge